FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0666

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0666

---

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

DANIEL ALLEN DIETZ,

       Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 17, 2024, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 17 2024